IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:20CR220** |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| ZUMARI WILSON, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 65). The Court has carefully reviewed the record in this case and finds as follows:

1.     On July 23, 2021, defendant Zumari Wilson ("Wilson") pleaded guilty to Counts I and IV of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation of the Indictment. Count I charged Wilson with conspiracy to distribute and possess with intent to distribute a mixture or substance containing crack cocaine, in violation of 21 United States Code § 846. Count IV charged Wilson with being a felon in possession of a firearm, in violation of 18 United States Code §§ 922(g)(1) and 924(a)(2).

2.     The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853 of certain property. That property includes $3,711 in United States currency seized from 3927 Read Street, Omaha, Nebraska, on or about February 21, 2020. The currency was seized because it was either used to facilitate the offenses charged in the Indictment or was derived from proceeds obtained from the commission of the offenses charged in the Indictment.

3.     Based on Wilson's guilty plea and admission, Wilson forfeits his interest in the $3,711 in United States currency and the government should be entitled to possession of the currency pursuant to 21 U.S.C. § 853.

4.      The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1.      The government's Motion for Preliminary Order of Forfeiture (Filing No. 65) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Wilson's guilty plea and admission, the government is hereby authorized to seize the $3,711 in United States currency.

3.      Wilson's interest in the $3,711 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The $3,711 in United States currency is to be held by the government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Wilson, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.      The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $3,711 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $3,711 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7.      The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $3,711 in United States currency as a substitute for published notice as to those persons so notified.

8.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 27th day of July 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge