IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR220 |
| v. | FINAL ORDER OF FORFEITURE |
| ZUMARI WILSON, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 75). The Court has carefully reviewed the record in this case and finds as follows:

1.  On July 27, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 66), pursuant to 21 U.S.C. §§ 841(a)(1), 846, and 853 and 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and based upon defendant Zumari Wilson ("Wilson") pleading guilty to Counts I and IV of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Wilson forfeited to the government any interest he had in $3,711 in United States currency seized from 3927 Read Street, Omaha, Nebraska, on or about February 21, 2020.

2.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 29, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on September 29, 2021 (Filing No. 74).

3.  The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 75) is granted.
2. All right, title and interest in and to the $3,711 in United States currency seized from 3927 Read Street, Omaha, Nebraska, on or about February 21, 2020, held by any person or entity are forever barred and foreclosed.
3. The $3,711 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 20th day of October 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge